# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 07-5411

September Term 2010

05cv00947

**Filed On:** October 22, 2010

In re: Sealed Case (Bowles),


**BEFORE:**    Rogers and Kavanaugh, Circuit Judges, and Williams, Senior Circuit Judge

## O R D E R

Upon consideration of the court's order to show cause filed October 23, 2009, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the opinion issued October 23, 2009, be unsealed. The Clerk is directed to unseal the opinion and to release it publicly.

### Per Curiam


FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk